AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

JAMES S. GORDON, JR.

v.

BAC HOME LOANS SERVICING, LP, et al.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-10-5140-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the above-referenced action is dismissed with prejudice and the file is hereby closed.

| | |
|---|---|
| 04/25/11 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Penny Lamb |
| | *(By) Deputy Clerk* |
| | Penny Lamb |